IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAZMIN JUÁREZ COYOY, on her own behalf and as surviving parent of MARIEE CAMYL NEWBERRY JUÁREZ,<br><br>     **Plaintiffs**,<br><br>     v.<br><br>**UNITED STATES OF AMERICA**,<br><br>     **Defendant.** | Civil Action No. _____ |

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**

  I, Paul J. Fishman, admitted to the bars of the State of New Jersey and this Court, and a partner in the law firm of Arnold & Porter Kaye Scholer LLP, representing Plaintiff Yazmin Juárez Coyoy in the above-captioned matter, hereby certify this action is related to the following actions:

- *Yazmin Juárez Coyoy v. City of Eloy*, 2019-cv-01391 (D. Ariz. 2019), *appeal docketed*, No. 19-17539 (9th Cir. Dec. 19, 2019);

- *Yazmin Juárez Coyoy v. CoreCivic, Inc.*, 19-cv-00916-FB (W.D. Tex. 2019).

  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 6, 2020

                      By: /s/ Paul J. Fishman
                        Paul J. Fishman
                        ARNOLD & PORTER
                          KAYE SCHOLER LLP
                        One Gateway Center
                        Suite 1025
                        Newark, NJ 07102
                        Tel: 1.973.776.1900
                        Fax: 1.973.776.1919
                        paul.fishman@arnoldporter.com

                        *Counsel for Plaintiff*