**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**YAZMIN JUAREZ COYOY, ON HER OWN BEHALF AND AS SURVIVING PARENT OF MARIEE CAMYL NEWBERRY JUAREZ,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

Civ. No. 20-2501 (KM) (ESK)

**ORDER**

**THIS MATTER** having come before the Court on the motion (DE 11) of Defendant the United States to transfer this case to the United States District Court for the Western District of Texas; and the Court having considered the submissions of the parties (DE 11-1, 19, 24) and decided the motions without oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown;

**IT IS** this 18th day of March 2021,

**ORDERED** that Defendant's motion to transfer venue (DE 11) is **DENIED**.

/s/ Kevin McNulty

**Kevin McNulty**
**United States District Judge**