RACHAEL A. HONIG
Acting United States Attorney
ALLAN B. K. URGENT
BROOKS E. DOYNE
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Main Tel.: (973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAZMIN JUÁREZ COYOY, on her own behalf and as surviving parent of MARIEE CAMYL NEWBERRY JUÁREZ, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | HON. KEVIN MCNULTY <br><br> Civil Action No. 2:20-cv-02501-KM-ESK <br><br> CONSENT ORDER |

Whereas the parties agree that permitting Defendant United States to file an early motion for summary judgment based on jurisdictional defenses in the Federal Tort Claims Act would preserve the parties' resources and be in the best interests of judicial economy; and

Whereas, the parties agree that, in the event Plaintiff requires discovery to respond Defendant's motion for summary judgment, Plaintiff may seek limited discovery on the jurisdictional issues posed by Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56(d); and

Whereas, the parties agree that, by Defendant agreeing that Plaintiff may seek limited discovery on the jurisdictional issues posed by Defendant's motion for summary judgment, Defendant preserves and has not waived any objection to any particular discovery request to be propounded by Plaintiff on the jurisdictional issues posed by Defendant's motion for summary judgment;

and for good cause shown,

IT IS on this **24th** day of **May** 2021:

ORDERED that the service of early disclosures under Fed. R. Civ. P. 26(a)(1) and the submission of a joint discovery plan shall be deferred until after Defendant files its motion for summary judgment; and

IT IS FURTHER ORDERED that Defendant United States shall file its motion for summary judgment by no later than July 23, 2021, Plaintiff shall have until September 20, 2021 to file opposition papers to the motion, and Defendant shall have until October 12, 2021 to file any reply papers.

HON. EDWARD S. KIEL
United States Magistrate Judge

*/s/ Edward  S. Kiel*

I consent to the form and entry of the foregoing Order.

| | |
|---|---|
| ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>One Gateway Center, Suite 1025<br>Newark, NJ 07102 | RACHAEL A. HONIG<br>Acting United States Attorney<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 |
| *s/Paul J. Fishman*<br>_____<br>Paul J. Fishman, Esq. | By: *s/Allan B. K. Urgent*<br>_____<br>Allan B. K. Urgent<br>Brooks E. Doyne<br>Assistant United States Attorneys |