

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*brooks.doyne@usdoj.gov*

main:   (973) 645-2700
direct: (973) 297-4390
fax:    (973) 297-2010

December 27, 2021

**BY ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *Coyoy v. United States of America*
            Civil Action No. 20-2501 (JXN)(ESK)

Dear Judge Kiel:

     This Office represents Defendant United States in the above-referenced matter. Please allow this correspondence to serve as a general update. By way of background, in accordance with the May 24, 2021 Consent Order, the Government filed its motion to dismiss on September 7, 2021. On November 24, 2021, Plaintiff served discovery demands concerning the jurisdictional issues posed in the Government's motion to dismiss. On December 8, 2021, Plaintiff submitted a letter, with the Government's consent, seeking a second extension to file her opposition to the Government's motion to dismiss. On December 14, 2021, Judge Julien Neals administratively terminated the motion and directed the parties to formulate and agree on a briefing schedule.

     The Government's responses to Plaintiff's discovery demands are due today. Despite diligent efforts, the Government is unable to provide comprehensive responses at this time. Specifically, the retrieval of documents spans across multiple agencies and facilities. Moreover, the holiday schedule and the COVID-19 global pandemic has resulted in many individuals being unavailable to facilitate the collection of documents.

     With Plaintiff's consent, the Government intends on delivering discovery responses on January 25, 2022. Separately, Plaintiff has noticed the deposition of one witness that the Government is willing to produce. Once the witness returns from

Hon. Edward S. Kiel, U.S.M.J.
December 27, 2021
Page 2

annual leave, the Government will discuss her availability and propose dates in late-February 2022.

    I thank the Court for considering this matter.

                                   Respectfully submitted,

                                   RACHAEL A. HONIG
                                 Acting United States Attorney

                       By: /s/ Brooks E. Doyne
                               BROOKS E. DOYNE
                               Assistant United States Attorney

cc:    Paul J. Fishman, Esq. (By ECF)