# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAZMIN JUÁREZ COYOY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.<br><br>20-2501 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an April 11, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 11th day of April 2024, ORDERED** that the Pretrial Scheduling Order entered June 6, 2022 (ECF No. 64), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **September 16, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **July 18, 2024 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

    *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge