

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Alex Silagi*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*alex.silagi@usdoj.gov*

main:  (973) 645-2700
direct: (973) 353-6001
fax:   (973) 297-2010

May 28, 2025

**BY ECF**
Hon. Stacey D. Adams, U.S.M.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

     Re:    *Coyoy v. United States of America,* No. 20-2501 (JXN) (SDA)

Dear Judge Adams:

     This Office represents Defendant United States of America in the above matter. We write with our sincerest apologies to notify the Court that the client agency, U.S. Department of Homeland Security, was unable to complete its settlement-approval process in time for tomorrow's settlement conference. This Office has escalated the issue and taken all steps within its power to obtain a response from the client in time. Out of respect for the Court's and opposing counsel's time, we respectfully request the Court adjourn the settlement conference to a time and date convenient to the Court and Plaintiff's counsel.

     Again, we apologize to the Court and to opposing counsel for this delay. We thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       ALINA HABBA
                                       United States Attorney

                           By:    *s/ Alex Silagi*
                                       ALEX D. SILAGI
                                       Assistant United States Attorney

cc:    Counsel of Record (by ECF)