Arnold & Porter

**Paul J. Fishman**
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

May 6, 2026

**VIA FAX**

Honorable Stacey D. Adams, U.S.M.J.
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Newark, NJ 07102

Re: *Yazmin Juarez Coyoy v. United States*, 2:20-cv-02501 (D.N.J.)

Dear Judge Adams:

I am writing to alert the Court that the parties in this action have reached a settlement in principle and will quickly begin the process of drafting a formal, written agreement. Once that occurs, the parties expect to file a stipulation of dismissal with prejudice, which will terminate the litigation. Accordingly, we request that the Court enter an order pursuant to Local Civil Rule 41.1(b) that administratively terminates this matter for sixty (60) days. If that is acceptable, we would appreciate your "so ordering" this letter.

We are very grateful for the Court's role in our reaching this resolution.

Respectfully submitted,

Paul J. Fishman

*Counsel for Plaintiff*

cc: Counsel of Record (via ECF)